JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTER PIPE DISTRIBUTION COMPANY, a California corporation; and JD GLOBAL CO., LTD., a Korean sole proprietorship of Jayden Jung, <br><br>Plaintiff, <br><br>v. <br><br>KB INSURANCE COMPANY LTD.; a Korean corporation doing business as KOOKMIN BEST INSURANCE CO. LTD US BRANCH (A/K/A KBIC); and DOES 1-50, inclusive, <br><br>Defendant. | Case No. 2:23-cv-02745-AB (AGRx) <br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 16, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.